UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REV. CALVIN WARREN, | ) |
| Plaintiff, | ) |
| | ) |
| | )  No. 4:14-CV-908 TIA |
| FEDERAL GOVERNMENT, | ) |
| Defendant | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis and submission of a civil complaint. Plaintiff has submitted dozens of substantially identical frivolous and delusional complaints over the past few months in which he claims that the government and all of its peoples are conspiring to kill him and his family for religious reasons. See Warren v. Federal Gov't, 4:13CV2379 JCH (E.D. Mo.) (collecting cases). The Court has previously warned plaintiff that it will not allow him to proceed in forma pauperis when filing duplicative frivolous cases.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **DENIED**, and this action is **DISMISSED** without prejudice. [Doc. 2]

A separate Order of Dismissal will be filed forthwith.

CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this  3rd   day of June, 2014.